## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ADRIAN PEREZ, | ) |
| Petitioner, | ) |
| vs. | ) Case No. CIV-11-121-M |
| JANE STANDIFIRD, Warden, | ) |
| Respondent. | ) |

## ORDER

On March 21, 2011, United States Magistrate Judge Doyle W. Argo issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2254, seeking a writ of habeas corpus. The Magistrate Judge recommended that the petition be dismissed upon filing as untimely. Petitioner was advised of his right to object to the Report and Recommendation by April 11, 2011, and no objection was filed.

Accordingly, upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation issued by the Magistrate Judge on March 21, 2011; and

(2) DISMISSES the petition for writ of habeas corpus without prejudice.

**IT IS SO ORDERED this 25th day of April, 2011.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE